# Exhibit A



Tuesday, March 26, 2019

Federal Bureau of Investigation
Department of Justice
David M. Hardy, Chief, Record/Information Dissemination Section, Records Management Division
170 Marcel Drive
Winchester, VA 22602-4843
Phone: 540-868-4500
Fax: 540-868-4997

Re:   Interview memos in special counsel's investigation

This is a request for records pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

## REQUESTED RECORDS

Records related to the Office of Special Counsel's investigation led by Robert Mueller into Russian interference in the 2016 election. Specifically, CNN seeks:

- FBI memoranda, such as 302s, from any and all of the interviews of the "approximately 500 witnesses" in the Mueller investigation. We also request any and all case files related to the approximately 500 witnesses in the Mueller investigation.

## FORMAT OF REQUESTED RECORDS

If this request is denied in whole or in part, justify all deletions or withholdings by reference to specific exemptions in the FOIA.

When possible, produce responsive records in their native, digital formats and include their original metadata, not as hard copy facsimiles or PDFs. For example, spreadsheets created in Microsoft Excel should be provided in an `.xlsx` format. Emails should be provided in common email file formats, such as `.pst` files for collections of emails or `.eml` files for individual emails.

Data should be provided in a non-proprietary, machine-readable format, such as comma separated values (`.csv`). Included is a request for a record layout for the database and a data dictionary for any codes used in the database.

## LIMITATIONS ON FEES

Because CNN is a representative of the news media and these records are sought as part of a newsgathering effort, waive or reduce search and duplication fees, where applicable.

If you determine that fees will apply to this request and expect such fees to exceed $500 USD, provide an itemized invoice of fees.

### TIME LIMITS FOR RESPONSE

If you expect this request to take longer than ten (10) working days to process, we expect an acknowledgment letter and tracking number within that time or no later than Tuesday, April 9, 2019.

We expect a final grant/denial determination on this request within twenty (20) working days after receipt by the appropriate office or no later than Tuesday, April 23, 2019.

If you are unable to fulfill this request within that period, produce information as it becomes available (i.e. on a "rolling" basis) and an explanation for the circumstances requiring an extension of time and an estimated date on which you expect to finish processing this request.

Please direct questions and responsive information concerning this request to katelyn.polantz@turner.com.

Sincerely,

Katelyn Polantz
Senior writer
Justice, crime & courts
(202) 738–8185
katelyn.polantz@turner.com

820 First St. NE | Washington, D.C. 20002