UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and <br> BUZZFEED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Civil Action No. 19-1278 (RBW) |
| CABLE NEWS NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 19-1626 (RBW) |

**ORDER**

In accordance with the Court's oral rulings issued at the status conference held on October 1, 2019, it is hereby

**ORDERED** that the Defendant's Renewed Motion for Consolidation, Civ. Action No. 19-1278, ECF No. 27, is **GRANTED**. It is further

**ORDERED** that, to the extent that the plaintiffs in the above-captioned matters are seeking the release of FD-302 forms created by the Federal Bureau of Investigation (the "FBI") in relation to Special Counsel Mueller's investigation into Russian interference in the 2016

United States presidential election, Civil Action No. 19-1278 is **CONSOLIDATED** with Civil Action No. 19-1626.  It is further

ORDERED that the parties shall make all future filings only in Civil Action No. 19-1278, and the Clerk of the Court shall refuse to accept any filings in Civil Action No. 19-1626. It is further

**ORDERED** that, until otherwise ordered by the Court, the United States Department of Justice (the "Department") shall, every month, process at least five hundred (500) pages of records responsive to the plaintiffs' request for FBI FD-302 forms (unless fewer than five hundred (500) pages remain, in which case the remaining balance shall be processed) and produce to the plaintiffs, on the 1st day of every month (or on the next business day if the 1st is a not a business day), the non-exempt portions of all responsive records.  The Department shall process the records discovered by its searches by reviewing each record for responsiveness and redacting or withholding information subject to an applicable exemption under the Freedom of Information Act ("FOIA").  It is further

**ORDERED** that, on or before November 1, 2019, the Department shall make its first production to the plaintiffs of non-exempt portions of records responsive to the plaintiffs' request for FBI FD-302 forms.  It is further

**ORDERED** that the parties shall appear for a status conference on November 13, 2019, at 9:30 a.m.  The Department shall be prepared to indicate to the Court the following: (1) the number of individuals in each of the several components of the Department processing documents responsive to requests made pursuant to the FOIA; (2) the total number of cases brought pursuant to the FOIA against the Department pending before other members of this Court and other federal district courts that are also being processed by the components of the

Department that are also processing the FOIA requests made by the plaintiffs in the above-captioned matters; and (3) the steps, if any, taken by the Department to request additional funding from Congress for the purpose of hiring additional personnel to assist in the processing of documents responsive to FOIA requests.

**SO ORDERED** this 3rd day of October, 2019.

REGGIE B. WALTON  
United States District Judge