IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CABLE NEWS NETWORK, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF ) <br> INVESTIGATION, ) <br> ) <br> Defendant. ) | Civil Action No. 19-cv-1626 (RBW) |

**STIPULATION OF DISMISSAL**

Plaintiff Cable News Network (CNN) and Defendant Federal Bureau of Investigation (FBI) hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Date: March 10, 2025

*/s/Charles D. Tobin*
Charles D. Tobin (D.C. Bar No. 455593)
tobinc@ballardspahr.com
Matthew E. Kelley (D.C. Bar No. 1018126)
kelleym@ballardspahr.com
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006-1157
T: (202) 661-2200
F: (202) 661-2299
*Counsel for Cable News Network, Inc.*

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General,
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Amber Richer*
AMBER RICHER
Trial Attorney (CA Bar No. 253918)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3489
Email: amber.richer@usdoj.gov

*Counsel for the Defendant*